# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CASILLAS MORALES,<br><br>    Plaintiff,<br><br>    v.<br><br>LANTRO VISION N.A., INC.; UNITED STATES INFORMATION SYSTEMS, INC., which will do business in California as USIS, INC.; JOSE LUIS CARRANZA; LONE STAR NETWORK SERVICES; and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No.: CV 19-9136-DMG (FFMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [23]** |

IT IS HEREBY ORDERED that, pursuant to the parties' Joint Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, this action is dismissed with prejudice as to all parties and all causes of action. Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: May 28, 2020    _____
                                        DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE